<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>                          Plaintiff,<br><br>          v.<br><br>STEVEN QUADREL, CHRIS QUADREL, RYAN QUADREL, individually and in his capacity as Executor of the Estate of Mark Quadrel, and THE ESTATE OF MARK QUADREL,<br><br>                          Defendants. | Civil Action No. 19-12235 (SDW) (SCM)<br><br>**ORDER**<br><br>July 29, 2020 |

**WIGENTON**, District Judge.

Before this Court is Magistrate Judge Steven C. Mannion's ("Judge Mannion") Report and Recommendation ("R&R"), dated July 13, 2020, which recommends that Defendants Chris Quadrel, Ryan Quadrel, individually and in his capacity as Executor of the Estate of Mark Quadrel, and the Estate of Mark Quadrel's second motion for attorney fees (D.E. 21) against co-defendant Steven Quadrel be denied. No objections to the R&R were filed.

This Court has reviewed the reasons set forth by Judge Mannion in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Mannion (D.E. 24) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

                                                                                              s/ Susan D. Wigenton, U.S.D.J.

Orig:  Clerk
cc:    Parties
       Steven C. Mannion, U.S.M.J.